[No. 12758-6-I.   Division One.   December 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN
CHARLES HICKS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-8-03006-8, Maurice Epstein, J. Pro Tem.,
entered October 19, 1982. *Dismissed* by unpublished per
curiam opinion.

[No. 11004-7-I.   Division One.   December 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DARIN
LANGE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-8-02938-0, Richard M. Ishikawa, J.,
entered October 28, 1981. *Affirmed* by unpublished per
curiam opinion.

[No. 10568-0-I.   Division One.   December 19, 1983.]

CONNER SOULES, *Respondent,* v. EVELYN AMYES,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-00296-1, Liem E. Tuai, J., entered July
24, 1981. *Affirmed in part* and *remanded* by unpublished
per curiam opinion.

[No. 11551-1-I.   Division One.   December 19, 1983.]

ERNEST A. KNOBLAUCH, *Respondent,* v. DWIGHT
C. BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-2-03644-9, Terrence A. Carroll, J., entered
March 8, 1982. *Affirmed* by unpublished per curiam opin-
ion.